**JS–6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO GARCIA<br><br>          Plaintiff(s),<br><br>  v.<br><br>DONA MIREYA, INC., et al.<br><br><br><br>          Defendant(s). | CASE NO:<br>2:20−cv−02296−FMO−E<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: October 13, 2020       /s/ *Fernando M. Olguin*
                                                 Fernando M. Olguin
                                                 United States District Judge